**Dismissed and Opinion Filed August 8, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00667-CV

**SCOTTY FRANCIS, Appellant**
**V.**
**BRITTANY DARBY-FRANCIS, Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-22146**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Francis, and Justice Stoddart
Opinion by Chief Justice Wright

Scotty Francis appeals the trial court's May 11, 2017 judgment. By postcard dated June 14, 2017, we notified appellant that the Court's $205 filing fee had not been paid. We instructed him to pay the fee within ten days and cautioned that the failure to do so might result in dismissal of his appeal. To date, the filing fee has not been paid.

The clerk's record was due July 10, 2017. By postcard dated July 11, we notified the Dallas County District Clerk that the record was overdue and instructed the clerk to file it within thirty days. The district clerk's office responded on July 20, 2017, informing us that the clerk's record had not been filed because appellant had not paid or made arrangements to pay for the fee. That same day, we sent appellant a letter, instructing him to file, within ten days, written verification that he had paid or made arrangements to pay the fee for the clerk's record or written

documentation that he had been found entitled to proceed without payment of costs. We cautioned appellant that the failure to comply might result in the dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). As of today, the clerk's record has not been filed and appellant has not filed a response or otherwise communicated with the Court.

In light of appellant's failure to comply with this Court's directives, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


170667F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

SCOTTY FRANCIS, Appellant

No. 05-17-00667-CV      V.

BRITTANY DARBY-FRANCIS, Appellee

On Appeal from the 254th Judicial District Court, Dallas County, Texas

Trial Court Cause No. DF-16-22146.

Opinion delivered by Chief Justice Wright, Justices Francis and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee BRITTANY DARBY-FRANCIS recover her costs, if any, of this appeal from appellant SCOTTY FRANCIS.

Judgment entered August 8, 2017.